**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

ALBINA I. DEVORAK, a U.S. Citizen,

14705 Fairway St.
Leawood, KS 66224

and

ALBIN SABOTIC, her natural-born brother,

Rifata Burdzevica 68
Novi Pazar 36300 Serbia

and

EDIN SABOTIC, her natural-born brother,

Rifata Burdzevica 68
Novi Pazar 36300 Serbia

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Serve: Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, D.C. 20528

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Serve: U.S. Citizenship & Immigration Services
425 I. Street, N.W., Room 6100
Washington, D.C. 20536

UNITED STATES DEPARTMENT OF STATE,

Case No. 1:18-cv-01941

Serve:  Executive Office
       Office of the Legal Adviser
       Suite 5.600
       600 19th St. NW
       Washington, DC 20522

U.S. CONSULATE, BELGRADE, SERBIA

Serve:  Executive Office
       Office of the Legal Adviser
       Suite 5.600
       600 19th St. NW
       Washington, DC 20522

KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security,

Serve:  Office of the General Counsel
       Department of Homeland Security
       Mail Stop 3650
       Washington, D.C. 20528

L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services,

Serve:  U.S. Citizenship & Immigration
       Services
       425 I. Street, N.W., Room 6100
       Washington, D.C. 20536

MICHAEL POMPEO, United States Secretary of State,

Serve:  Executive Office
       Office of the Legal Adviser
       Suite 5.600
       600 19th St. NW
       Washington, DC 20522

and;

KYLE SCOTT, U.S. Ambassador, Belgrade, Serbia,

Serve: Executive Office
Office of the Legal Adviser
Suite 5.600
600 19th St. NW
Washington, DC 20522

Defendants.

**COMPLAINT IN THE NATURE OF MANDAMUS ARISING FROM DEFENDANTS' REFUSAL TO ADJUDICATE PLAINTIFFS' IMMIGRANT VISA APPLICATION**

COME NOW Plaintiffs, Albina I. Devorak and her brothers Albin Sabotic and Edin Sabotic, to respectfully request that this Honorable Court issue a writ of mandamus compelling Defendants to adjudicate the brothers' long-delayed sibling visa applications.

**PARTIES**

1. Plaintiff Albina I. Devorak is a naturalized citizen of the United States.
2. Plaintiff Albin Sabotic is a citizen of Serbia who currently resides in Serbia.
3. Plaintiff Edin Sabotic is also a citizen of Serbia who currently resides in Serbia.
4. Defendant Department of Homeland Security (hereinafter sometimes referred to as "the DHS") is the agency of the United States that is responsible for implementing the petition for alien relative provisions of the law and assisting the DOS with background and security checks.
5. Defendant United States Citizenship and Immigration Services (hereinafter sometimes referred to as "the USCIS") is the component of the DHS that is responsible for processing petitions filed on behalf of alien relatives seeking to file sibling visa applications.

6. Defendant Department of State (hereinafter sometimes referred to as “the DOS”) is the agency of the United States that is responsible for communicating with the DHS and managing Defendant Consulate of the United States in Belgrade, Serbia, and which is responsible for implementing the immigrant visa provisions of the law.

7. Defendant U.S. Consulate in Belgrade, Serbia (hereinafter sometimes referred to as “the Belgrade Consulate”) is a component of the DOS that is responsible for processing immigrant visa applications and implementing the immigrant and non-immigrant visa provisions of the law.

8. Defendant Kirstjen Nielsen, the Secretary of the DHS, is the highest ranking official within the DHS. Nielsen, by and through her agency for the DHS, is responsible for the implementation of the Immigration and Nationality Act (hereinafter sometimes referred to as “the INA”), and for ensuring compliance with applicable federal law, including the Administrative Procedures Act (hereinafter sometimes referred to as “the APA”). Nielsen is sued in her official capacity as an agent of the government of the United States.

9. Defendant L. Francis Cissna, Director of the USCIS, is the highest ranking official within the USCIS. Cissna is responsible for the implantation of the INA and for ensuring compliance with all applicable federal laws, including the APA. Cissna is sued in his official capacity as an agent of the government of the United States.

10. Defendant Michael Pompeo, the U.S. Secretary of State, is the highest ranking official within the DOS. Pompeo is responsible for the implementation of the INA and for ensuring compliance with applicable federal laws, including the APA. Pompeo is

sued in his official capacity as an agent of the government of the United States.

11. Defendant Kyle Scott is the Ambassador of the U.S. Embassy in Belgrade, Serbia. Scott is being sued in his official capacity as an agent of the government of the United States.

**JURISDICTION AND VENUE**

12. This Honorable Court has federal question jurisdiction over this cause pursuant to 28 U.S.C. § 1331, as it raises claims under the Constitution of the United States, the INA, 8 U.S.C. § 1101 et seq., and the APA, 5 U.S.C. § 701 et seq, in conjunction with the Mandamus Act, 28 USC § 1361.

13. Venue is proper pursuant to 28 U.S.C. § 1391(e)(1) because (1) Defendants are agencies of the United States or officers or employees thereof acting in their official capacity or under color of legal authority; (2) no real property is involved in this action, and; (3) the Defendants all maintain offices within this district.

14. This Honorable Court is competent to adjudicate this case, notwithstanding the doctrine of consular non-reviewability, *see United States ex rel. Knauff v. Shaughnessy*, 338 U.S. 537 (1950), because Defendants have not made any decision in regard to Albin and Edin Sabotic's visa applications, filed by Albina Devorak.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

15. Albina I. Devorak is the sister of Albin and Edin Sabotic. She filed an I-130 for her brothers in January of 2005 with Defendant USCIS.

16. Under federal immigration law, USCIS is authorized to approve a sibling visa

application filed by a U.S. citizen and to issue an immigrant visa to allow the sibling to enter the U.S. and to reside here.

17. Upon information and belief, USCIS has not adjudicated the sibling visa petitions that Plaintiff filed in January of 2005.

18. Plaintiffs paid, and Defendants accepted, all applicable filing and visa fees.

19. Albina I. Devorak has made repeated attempts to obtain a decision in this matter without involving this honorable Court. Plaintiff has made numerous service requests and has even attempted to obtain assistance from her members of Congress. This has led nowhere.

20. She has received inconsistent information over the years from USCIS regarding the status of her brothers' case and has been unable to get the cases resolved.

**FIRST CLAIM FOR RELIEF**
**(Agency Action Unlawfully Withheld and Unreasonably Delayed)**

For their first claim for relief against all Defendants, Plaintiffs allege and state as follows:

21. Plaintiffs reallege and incorporate by reference the foregoing paragraphs as though fully set out herein.

22. The APA requires that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b). Section 555(b) creates a non-discretionary duty to conclude agency matters. *Litton Microwave Cooking Prods. v. NLRB*, 949 F.2d 249, 253 (8th Cir. 1991). A violation of this duty is a

sufficient basis for mandamus relief.

23. The APA permits this Honorable Court to "compel agency action unlawfully withheld or unreasonably delayed."  5 U.S.C. § 706(1).

24. The Defendants have refused to adjudicate Plaintiffs' application and to issue the requested visa application.

25. The DOS regularly works with the DHS when carrying out background and security investigations that are delayed by administrative processing.

26. On information and belief, Plaintiffs allege that the Defendants are intentionally delaying the processing of the brothers' cases because of background checks.

27. Plaintiffs allege that the brothers' applications have been in administrative processing beyond a reasonable time period for completing administrative processing of their visa applications.

28. The combined delay and failure to act on the brothers' immigrant visa applications is attributable to the failure of Defendants to adhere to their legal duty to avoid unreasonable delays under the INA and the applicable rules and regulations.

29. There are no alternative adequate or reasonable forms of relief available to Plaintiffs.

30. Plaintiffs have exhausted all administrative remedies available to them in pursuit of a resolution of this matter, including repeatedly requesting the processing of their case with the USCIS.

**SECOND CLAIM FOR RELIEF**
**(Violation of Right to Due Process of Law)**

For their second claim for relief against all Defendants, Plaintiffs allege and state as follows:

31. Plaintiffs reallege and incorporate by reference the foregoing paragraphs as though fully set out herein.

32. The right to fundamental fairness in administrative adjudication is protected by the Due Process Clause of the Fifth Amendment to the United States Constitution. Plaintiffs may seek redress in this Court for Defendants' combined failures to provide a reasonable and just framework of adjudication in accordance with applicable law.

33. The combined delay and failure to act by Defendants has violated the due process rights of Plaintiffs.

34. The combined delay and failure to act by Defendants has irrevocably harmed Plaintiffs by causing a loss of consortium between them, among other ways.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiffs Albina I. Devorak and her brothers Albin Sabotic and Edin Sabotic request the following relief:

1. That this Honorable Court assume jurisdiction over this action;

2. That this Honorable Court issue a writ of mandamus compelling Defendants to promptly complete all administrative processing within sixty days;

3. That this Honorable Court take jurisdiction of this matter and adjudicate the brothers' immigrant visas pursuant to this Court's declaratory judgment authority;

4. That this Honorable Court issue a writ of mandamus compelling Defendants to issue an immigrant visa to each brother;

5.  That this Honorable Court issue a writ of mandamus compelling Defendants to explain to Plaintiffs the cause and nature of the delay and inform Plaintiffs of any action they may take to accelerate processing of the visa application;

6.  Attorney's fees, legal interests, and costs expended herein, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412;

7.  Such other and further relief as this Honorable Court may deem just and proper.

**RESPECTFULLY SUBMITTED**
this 18th day of August, 2018


***/s/ James O. Hacking, III***
James O. Hacking, III
Hacking Law Practice, LLC
10900 Manchester Road, Suite 203
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackinglawpractice.com

**ATTORNEYS FOR PLAINTIFFS**